# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SECURE CAM, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VIDEO INSIGHT, INC., a Texas corporation,<br><br>Defendant. | Civil Action No. 4:18-CV-03116<br><br>JURY TRIAL DEMANDED |

## ORDER ON MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

On this day came on to be considered Plaintiff Secure Cam, LLC's Motion to Stay All Deadlines and Notice of Settlement, and the Court being of the opinion that the same should be GRANTED, it is therefore, ORDERED, ADJUDGED and DECREED that all deadlines are extended to **January 6, 2019**.

Dated: December 7, 2018

_____
UNITED STATES DISTRICT JUDGE

1